1. Your Name: Arcelio Joseph Reybol
2. Address: 167 Ben Lomond Hercules, Ca 94547
3. Phone Number: 1-415-218-0233
4. Fax Number:
5. E-mail Address: Arcelio Joseph Reybol
6. Pro Se Plaintiff Political Scientist ASU Sun Devil: Political Scientist

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARCELIO Joseph REYBOL
Sun Devil 1206669889
Plaintiff,

vs.

Sacramento Kings
National Basketball Association
Golden 1 Credit Union

Defendant.

Case Number CV24 0154 [leave blank]

WHA

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes [ ] No [ ]

[✓] Magistrate

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Arcelio Joseph Reybol
Address: 167 Ben Lomond Hercules, Ca 94547
Telephone: 1-415-218-0233

COMPLAINT
PAGE 1 OF 6 [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Sacramento Kings
Address: 500 David J Stern Walk Sacramento, Ca 95814
Telephone: (254) 587 5040

Defendant 2:
Name: National Basketball Association
Address: Careers.nba.com
Telephone:

Defendant 3:
Name: Golden 1 Credit Union
Address: 500 David J Stern Walk Sacramento, Ca 95814
Telephone: (254) 587 5040

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] American Food for American Schools Act.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 6 [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

The Jaw  [✓] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in U.S. House Rep John Garamendi County, it should be assigned to the ¿Contra Costa? "But, Man, I pledge w904+d910!" Sacramento Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

American Food for American Schools Act
Sacramento Kings; Golden1 Center; NBA (L) were throwing away
Peanut Butter and Jelly Sandwiches in the (Trash) not
Compost.
Refer to: "(" In sending this comment, concern or information..." ... ASU"

COMPLAINT
PAGE 3 OF 6 [*JDC TEMPLATE – Rev. 05/2017*]

- 4 -

1. I went to Richmond, Ca for John Garamendi, the United States of America Federal U.S. House of Representative, U.S. House Rep. Congressman John Garamendi, for about:

⭐ I. Joint Committee on Taxation

I called Congesswoman...
Che-che #Frys Groceries Frozenor
Nanci Pelosi para San Francisco

Por que me llamo Anelio; yo soy de #Hillary Ronen #David Campos #District 9 #California Hospital on California Street in Sintowallen

¡Y tambien!

⭐⭐ II. American Food for American Schools Act.

I 'twas a Steward; literally DUMPING the peanut butter and Jelly Sandwiches in the trash.

Piraña.

They have contractors psyfering through the trash for popcorn and Recyclables.

Line 9: I used fruit to pollenate a cactus in Az when I of my official representation: Arizona State University Sun Devils

//
//

COMPLAINT
PAGE 4 OF 6  [JDC TEMPLATE – Rev. 05/2017]

## CLAIMS

### First Claim

(Name the law or right violated: <u>American Food for American Schools Act</u>)

(Name the defendants who violated it: <u>Sacramento Kings; National Basketball Association; Golden 1 Credit Union</u>)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

Have a St. Peter's Aztec that knows Sayo Explain about throwing Food Away, Day Care, Snack Time. "May I have a chip." "50¢ for chips." El favorito.

She was in the place where we $2.00; I'd look and she gave... thank you.

. U.S. House Representative John Garamendi.

//

COMPLAINT
PAGE 5 OF 6   *[JDC TEMPLATE – 05/17]*

_____ **Claim**

(*Name the law or right violated*: _____)

(*Name the defendants who violated it*: _____)

___. _____
_____
_____
_____

___. _____
_____
_____
_____

___. _____
_____
_____
_____

___. _____
_____
_____
_____

___. _____
_____
_____
_____

___. _____
_____
_____

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Arizona State University
Joint Committee on Taxation
~~Mom~~ Mary Lou. Fulton Teachers College
Sandra Day O'Connor College of Law
W.P. Carey Business School
Arizona State University

*Knock knock*
"Sun Devils, may you/..."  <=>  "Fork 'EM!"

Line 5 → Don't throw away, donate to the fans in game. ... On Taxation.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: January 9th, 2024   Sign Name: [signature]
                          Print Name: Arnold Joseph Raybol

COMPLAINT
PAGE 6 OF 6   *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

# Arizona State University
## Official Transcript

Page 1 of 2

Name: Arcello Joseph Reybol
Student ID: 1206669889

Arcello Reybol
arcello.reybol@gmail.com

Print Date: 01/04/2018
External Degrees
Archbishop Riordan HS
High School Diploma   05/25/2013

**Degrees Awarded**

Degree: Bachelor of Arts
Confer Date: 12/12/2016
Degree GPA: 3.38
Plan: Political Science
      College of Liberal Arts and Sciences
Plan: Business (Minor)

Degree: Certificate
Confer Date: 12/12/2016
Plan: Political Thought and Leadership (certificate)

**Beginning of Undergraduate Record**

### 2013 Fall

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ENG 101 | First-Year Composition | 3.000 | 3.000 | A- | 11.001 |
| MAT 142 | College Mathematics | 3.000 | 3.000 | C+ | 6.999 |
| PHI 105 | Intro to Ethics | 3.000 | 3.000 | B+ | 9.999 |
| POS 160 | Global Politics | 3.000 | 3.000 | B | 9.000 |
| POS 191 | First-Year Seminar | 1.000 | 1.000 | A- | 3.667 |
| Course Topic: | Democracy's Challenges | | | | |
| SPA 111 | Fundamentals of Spanish | 4.000 | 4.000 | A- | 14.668 |

| | | | Attempted | Earned | Points |
|---|---|---|---|---|---|
| Term GPA: | 3.25 | Term Totals | 17.000 | 17.000 | 55.334 |
| Cum GPA: | 3.25 | Cum Totals | 17.000 | 17.000 | 55.334 |

### 2014 Spring

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| BIO 182 | General Biology II | 4.000 | 4.000 | C+ | 9.332 |
| ENG 102 | First-Year Composition | 3.000 | 3.000 | A- | 11.001 |
| POS 110 | Government and Politics | 3.000 | 3.000 | A | 12.000 |
| PUP 190 | Sustainable Cities | 3.000 | 3.000 | A- | 11.001 |
| SPA 201 | Intermediate Spanish | 4.000 | 4.000 | B | 12.000 |

| | | | Attempted | Earned | Points |
|---|---|---|---|---|---|
| Term GPA: | 3.25 | Term Totals | 17.000 | 17.000 | 55.334 |
| Cum GPA: | 3.25 | Cum Totals | 34.000 | 34.000 | 110.668 |

### 2014 Fall

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| AST 111 | Intro/Solar Systems Astronomy | 3.000 | 3.000 | B- | 8.001 |
| AST 113 | Astronomy Laboratory I | 1.000 | 1.000 | A- | 3.667 |
| CED 250 | Career Development | 3.000 | 3.000 | B | 9.000 |
| POS 112 | Foundations of Democracy | 3.000 | 3.000 | B+ | 9.999 |
| POS 210 | Political Ideologies | 3.000 | 3.000 | A | 12.000 |
| SPA 202 | Intermediate Spanish | 4.000 | 4.000 | A- | 14.668 |

| | | | Attempted | Earned | Points |
|---|---|---|---|---|---|
| Term GPA: | 3.37 | Term Totals | 17.000 | 17.000 | 57.335 |
| Cum GPA: | 3.29 | Cum Totals | 51.000 | 51.000 | 168.003 |

### 2015 Spring

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| CIS 105 | Computer Appls&Info Technology | 3.000 | 3.000 | B+ | 9.999 |
| COM 225 | Public Speaking | 3.000 | 3.000 | A | 12.000 |
| MUS 355 | American Music | 3.000 | 3.000 | C | 6.000 |
| POS 270 | American Legal System | 3.000 | 3.000 | B | 9.000 |
| POS 314 | The American Presidency | 3.000 | 3.000 | A | 12.000 |

| | | | Attempted | Earned | Points |
|---|---|---|---|---|---|
| Term GPA: | 3.27 | Term Totals | 15.000 | 15.000 | 48.999 |
| Cum GPA: | 3.29 | Cum Totals | 66.000 | 66.000 | 217.002 |

### 2015 Fall

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ASB 316 | Money and Culture | 3.000 | 3.000 | A- | 11.001 |
| ECN 211 | Macroeconomic Principles | 3.000 | 3.000 | B+ | 9.999 |
| HST 302 | Studies in History | 3.000 | 3.000 | A- | 11.001 |
| Course Topic: | History of Money | | | | |
| JUS 360 | Law and Social Control | 3.000 | 3.000 | A- | 11.001 |
| POS 301 | Empirical Political Inquiry | 3.000 | 3.000 | B+ | 9.999 |
| POS 332 | American Political Parties | 3.000 | 3.000 | B+ | 9.999 |

| | | | Attempted | Earned | Points |
|---|---|---|---|---|---|
| Term GPA: | 3.50 | Term Totals | 18.000 | 18.000 | 63.000 |
| Cum GPA: | 3.33 | Cum Totals | 84.000 | 84.000 | 280.002 |

### 2016 Spring

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| ACC 382 | Accnting & Financial Analysis | 3.000 | 3.000 | B | 9.000 |
| ECN 212 | Microeconomic Principles | 3.000 | 3.000 | C | 6.000 |
| FIN 380 | Personal Financial Management | 3.000 | 3.000 | C | 6.000 |
| MGT 380 | Managemnt & Strategy Nonmajors | 3.000 | 3.000 | A | 12.000 |
| POS 414 | Political Thought/Leadership | 3.000 | 3.000 | A | 12.000 |
| POS 471 | Constitutional Law I | 3.000 | 3.000 | B | 9.000 |

| | | | Attempted | Earned | Points |
|---|---|---|---|---|---|
| Term GPA: | 3.00 | Term Totals | 18.000 | 18.000 | 54.000 |
| Cum GPA: | 3.27 | Cum Totals | 102.000 | 102.000 | 334.002 |

### 2016 Fall

# Arizona State University
**Official Transcript**

**Name:** Arcello Joseph Reybol
**Student ID:** 1206669889

| Course | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|
| LAW 316 | FABL | 3.000 | 3.000 | A | 12.000 |
| MKT 390 | Essentials of Marketing | 3.000 | 3.000 | A- | 11.001 |
| OGL 355 | Leading Org Innovation | 3.000 | 3.000 | A+ | 12.999 |
| PAF 360 | Intro to Emergency Management | 3.000 | 3.000 | A | 12.000 |
| PRM 370 | Public Lands Management | 3.000 | 3.000 | A | 12.000 |
| SGS 350 | Economic Dev & Globalization | 3.000 | 3.000 | A | 12.000 |

|  |  |  | Attempted | Earned |  | Points |
|---|---|---|---|---|---|---|
| Term GPA: | 4.00 | Term Totals | 18.000 | 18.000 |  | 72.000 |
| Cum GPA: | 3.38 | Cum Totals | 120.000 | 120.000 |  | 406.002 |

END OF TRANSCRIPT

**Accreditation and Affiliation:** Arizona State University is accredited by the North Central Association of Colleges and Secondary Schools. Programs in the various colleges, schools, and departments are accredited by or affiliated with various national bodies.

**Third Party Restrictions:** Information contained on this transcript is for the intended purpose only and is not to be used for any other purpose or released to any other person or organization without the written consent of the student whose name appears on this transcript. If you are unable to comply, in accordance with the federal Family Education Rights and Privacy Act of 1974, you are required to return this record immediately to:

University Registrar's Office
Arizona State University
PO Box 870312
Tempe, AZ 85287-0312

**Grade Point Average:** Grade points earned for a course are multiplied by the number of semester hours to produce honor points. For example, receiving an "A," which is assigned four grade points, in a three-semester-hour course would produce 12 honor points. The grade point average (GPA) is obtained by dividing the total honor points by the total number of semester hours graded "A+," "A," "A-," "B+," "B," "B-," "C+," "C," "D," or "E." Other grades do not carry grade points. Semester GPA is based on semester net hours. Cumulative GPA is based on total net hours. Note: Although the plus/minus scale includes a grade of A+ with a value of 4.33, the cumulative GPA is capped at 4.00, except for Law students. Questions about the grade scales may be referred to the University Registrar's Office at (480) 965-3124.

**Repeating Courses:** An undergraduate course taken at ASU may be repeated for credit if the grade of "D," "E," or "W" or a mark of "X" was received. Undergraduate courses in which grades of "D" or "E" are received may be repeated once. Prior to Fall 2007 grades marked with @ are included in the computation of the cumulative GPA. For additional policy information on undergraduate classes being repeated for credit, see http://students.asu.edu/grades

| Course Numbering System | Additional information |
|---|---|
| 100-299 Lower-Division Courses | may be found at |
| 300-499 Upper-Division Courses | http://www.asu.edu |
| 500-799 Graduate-Level Courses | |

| Fall 2004 and After | | | |
|---|---|---|---|
| Grade | Undergraduate Definition | Graduate Definition | Value |
| A+ | | | 4.33 |
| A | Excellent | Excellent | 4.00 |
| A- | | | 3.67 |
| B+ | | | 3.33 |
| B | Good | Good | 3.00 |
| B- | | | 2.67 |
| C+ | | | 2.33 |
| C | Average | Passing | 2.00 |
| D | Passing | No Graduate Credit | 1.00 |
| E | Failure | Failure | 0.00 |
| EN | Failing Never Participated[1] | Failing Never Participated[1] | 0.00 |
| I | Incomplete | Incomplete | - |
| NR | No Report | No Report | - |
| P | Pass | Not Applicable | - |
| W | Withdrawal | Withdrawal | - |
| X | Audit | Audit | - |
| Y | Satisfactory | Satisfactory | - |
| Z | Course in Progress | Course in Progress | - |
| XE | Academic Dishonesty | Academic Dishonesty | 0.00 |

| Prior to Fall 2004 | | | |
|---|---|---|---|
| Grade | Undergraduate Definition | Graduate Definition | Value |
| A | Excellent | Excellent | 4.00 |
| B | Good | Good | 3.00 |
| C | Average | Passing | 2.00 |
| D | Passing | No Graduate Credit | 1.00 |
| E | Failure | Failure | 0.00 |
| I | Incomplete | Incomplete | - |
| NR | No Report | No Report | - |
| P | Pass | Not applicable | - |
| RC | Remedial Credit | Not applicable | - |
| RN | Remedial No Credit | Not applicable | - |
| W | Withdrawal | Withdrawal | - |
| X | Audit | Audit | - |
| Y | Satisfactory | Satisfactory | - |
| Z | Course in Progress | Course in Progress | - |
| XE | Academic Dishonesty | Academic Dishonesty | 0.00 |

| Law Grading | | | |
|---|---|---|---|
| | | Grade | Value |
| Fall 2001-Summer 2006 Effective Spring 2001 for Fall 2000 entering class Grade scales for all previous years can be viewed at: http://students.asu.edu/grades | | 90-99 | Distinguished |
| | | 85-89 | Excellent |
| | | 80-84 | Very Good |
| | | 75-79 | Good |
| | | 70-74 | Satisfactory |
| | | 65-69 | Deficient |
| | | 64 | Failing |
| Fall 2006-Summer 2009 | | 90-99 | Distinguished |
| | | 85-89 | Excellent |
| | | 80-84 | Very Good |
| | | 75-79 | Good |
| | | 73-74 | Satisfactory |
| | | 70-72 | Unsatisfactory |
| | | 65-69 | Seriously Deficient |
| | | 64 | Failing (no credit) |
| Fall 2009 and After Effective for Fall 2009 entering class | | A+ | 4.33 |
| | | A | Excellent | 4.00 |
| | | A- | | 3.67 |
| | | B+ | | 3.33 |
| | | B | Good | 3.00 |
| | | B- | | 2.67 |
| | | C+ | | 2.33 |
| | | C | Average | 2.00 |
| | | D | Deficient | 1.00 |
| | | E | Failing | 0.00 |
| | | EN | Failing Never Participated[1] | 0.00 |
| Additional Grades | | CR | Credit |
| | | NR | No Report |
| | | P | Pass |
| | | X | Audit |
| | | W | Withdrawal |
| | | I | Incomplete |
| | | H | Honors |
| | | HH | High Honors |
| | | XE | Academic Dishonesty |



Arizona State University

[1] Effective Fall 2016 and later

## American Food for American Schools

Our region is home to some of the finest agricultural land in the world. Yet, some U.S. school lunches are made with food bought from China.

Garamendi has reintroduced the American Food for American Schools Act. It would ensure schoolchildren are served nutritious, American-grown foods, produced under the strictest safety standards in the world.

To increase transparency and help farmers find school districts that need affordable American-grown foods, Garamendi's bill also requires school websites to notify parents of all foreign-sourced foods served to children.



Rep. John Garamendi meets with local public elementary students at their school garden to discuss his role in Congress.



# GENERAL CONTACT FORM

Rob Bonta
Attorney General

Please read the Information Collection, Use and Access notice on the following page.

Mail Form to:

Public Inquiry Unit
Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

PUBLIC INQUIRY UNIT
(916) 210-6276 / (800) 952-5225 Toll Free - CA only
TTY/TDD (800) 735-2929 (California Relay Service)
For TTY/TDD outside California contact your state's relay service number at http://www.fcc.gov/cgb/dro/trsphonebk.html
AG Web Site: https://oag.ca.gov/

In sending this comment, concern or information, I understand that the Attorney General cannot answer legal questions or give legal advice to me and cannot act as my personal lawyer. I also understand that the Attorney General may need to refer my matter to a more appropriate agency for response.

## SECTION 1 - YOUR CONTACT INFORMATION

| First Name: | Arcelio | Middle Initial: | J | Last Name: | Reybol |
|---|---|---|---|---|---|

Address: 167 Ben Lomond

| City: | Hercules | County: | Contra Costa | State: | CA | Zip Code: | 94547 |

Phone: 1-415-218-0233    Email: arcelio.reybol@gmail.com

## SECTION 2 - COMMENT, CONCERN OR INFORMATION

Attach additional pages if more space is needed. Attach copies of any supporting documentation. DO NOT SEND ORIGINALS.

Total # Pages Attached: 1

1. "American Food for American Schools"
2. U.S. House Rep. John Garamendi: "Garamendi has reintroduced the American Food for American Schools Act.
3. Title 26 United States Code Subtitle G: The Joint Committee on Taxation
4. Subeona Executive Steward's of Golden1 Center steward shirt for it says Farm to Fork.
5. WorkWhile- Application to onbtain jobs such as Steward at the Golden1 Center for the Sacramento Kings NBA
6. NBA: National Basketball Association
7. Sacramento Police Department of 311@cityofsacramento.org from arcelio.reybol@gmail.com on Jan. 7th, 2024
8. Of the email: https://www.tiktok.com/t/ZPRc9nF1k/
9. The peanut and butter jelly sandwiches were being thrown away in the trash, NOT compost.
10. Arizona State University Sun Devil 1206669889 Arcelio Joseph Reybol
11. Bachelor of Arts Political Science in the College of Liberal Arts and Sciences ASU
12. Minor in Business W.P. Carey Business School ASU
13. Certificate in Political Thought and Leadership ASU

Signature: ARCELIO JOSEPH REYBOL SUN DEVIL 1206669889    Date: January 8th, 2024



# Official Academic Transcript

This official PDF transcript has been transmitted electronically to the recipient and is intended solely for use by that recipient. It is not permissible to replicate this document or forward it to any person or organization other than the identified recipient. Release of this record or disclosure of its contents to any third party without written consent of the record owner is a violation of federal privacy law.

The PDF document contains this cover page, the Arizona State University official transcript, and the transcript legend.

Please direct questions about the official transcript to:
    ASU University Registrar Services, Outgoing Transcripts
    PO Box 870312, Tempe, AZ 85281-0312
Phone: 480-965-7276; Email: academicfiles@asu.edu

Accreditation: North Central Association of Colleges and Schools, The Higher Learning Commission (NCA-HLC)

## How to Authenticate This Official PDF Transcript

This official transcript has been digitally signed and therefore contains special characteristics. This document will reveal a digital certificate that has been applied to the transcript, and for optimal results, we recommend that this document is viewed with the latest version of Adobe® Acrobat or Adobe® Reader. This digital certificate will appear in a pop-up screen or status bar on the document, display a blue ribbon, and declare that the document was certified by Parchment, with a valid certificate issued by GlobalSign CA for Adobe®. This document certification can be validated by clicking on the Signature Properties of the document.


**The Blue Ribbon Symbol:** The blue ribbon is your assurance that the digital certificate is valid, the document is authentic, and the contents of the transcript have not been altered.


**Invalid:** If the transcript does not display a valid certification and signature message, reject this transcript immediately. An invalid digital certificate display means either the digital signature is not authentic, or the document has been altered. The digital signature can also be revoked by the transcript office if there is cause, and digital signatures can expire. A document with an invalid digital signature display should be rejected.


**Author Unknown:** Lastly, one other possible message, Author Unknown, can have two possible meanings: The certificate is a self-signed certificate or has been issued by an unknown or untrusted certificate authority and therefore has not been trusted, or the revocation check could not complete. If you receive this message make sure you are properly connected to the internet. If you have a connection and you still cannot validate the digital certificate on-line, reject this document.

The current version of Adobe® Reader is free of charge and available for immediate download at http://www.adobe.com.

Please save this PDF immediately after downloading, as access to this transcript will expire within 21 days of the initial email or after 3 downloads, whichever occurs first.